FILED

01/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0689

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0689

CITY OF MISSOULA,

  Plaintiff and Appellee,

 v.

FATON SADIKU,

  Defendant and Appellant.

**ORDER GRANTING MOTION FOR LEAVE TO FILE AN
AMENDED OPENING BRIEF**

Upon consideration of Appellant's motion for leave to file an amended opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant's motion is hereby GRANTED.

IT IS FURTHER ORDERED that the original opening brief filed in this matter is hereby stricken and that Appellant is permitted to file an amended opening brief within 60 days of this Order. No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 8 2021